IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ERNEST OGUGUA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | 8:07CV471 |
| vs. ) | |
| ) | ORDER |
| **ARCHDIOCESE OF OMAHA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on the motion of Kellie Paris Asaka for leave to withdraw as counsel for the plaintiff. Ms. Asaka further requests that the court appoint substitute counsel. The court understands that Ms. Asaka recently accepted a job that prevents her to continue in private practice; however, Ms. Asaka has not provided any information regarding her efforts to find replacement counsel for the plaintiff. Absent such information, the court declines to appoint substitute counsel.

Upon review of the file,

**IT IS ORDERED:**

1. The motion for leave to withdraw [23] is granted. The court will terminate the appearance of Kellie Paris Asaka as counsel for the plaintiff. The withdrawal shall be effective only upon Ms. Asaka's filing a Notice of Withdrawal and serving a copy of the Notice of Withdrawal, together with a copy of this order, on the plaintiff at his last known address. *See* NEGenR NEGenR 1.3(f).

2. The Clerk of the Court shall enter the appearance pro se of the plaintiff, Ernest Ogugua. The plaintiff shall file with the Clerk of the Court a written notice of his current address and telephone number within five (5) business days of being served with the documents described in Paragraph 1 of this Order. The plaintiff may retain substitute counsel at any time, or may file a motion for appointment of counsel pursuant to NEGenR 1.3(h).

However, until such time as substitute counsel enters a written appearance, the plaintiff shall personally comply with all orders of this court, the Federal Rules of Civil Procedure, and the Local Rules of Practice.  The Local Rules of Practice are available on the court's website, [www.ned.uscourts.gov](www.ned.uscourts.gov).

    3.   That part of the Scheduling Packet [22] requiring the parties to file a planning conference report pursuant to Fed. R. Civ. P. 26(f) is withdrawn.

**DATED April 4, 2008.**

                                  **BY THE COURT:**

                                  **s/ F.A. Gossett**
                                  **United States Magistrate Judge**