IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERNEST OGUGUA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV471 |
| | ) | |
| v. | ) | |
| | ) | |
| ARCHDIOCESE OF OMAHA, The, | ) | **MEMORANDUM** |
| ELDEN F. CURTISS, and DANIEL | ) | **AND ORDER** |
| KAMPSCHNEIDER, | ) | |
| | ) | |
| Defendants. | ) | |

This case was recently transferred to the pro se docket, but new counsel has now entered an appearance for the plaintiff. (*See* filing 29.) Therefore, this matter must be removed from the pro se docket. *See* General Order 2007-13 at ¶ 5. Accordingly, and pursuant to the authority vested in me by General Orders 2007-09,

IT IS ORDERED:

1. The Clerk shall remove this case from the pro se docket.

2. Judge Smith Camp remains the Article III judge assigned to this case.

3. Magistrate Judge Gossett is assigned to this case, and the assignment of Magistrate Judge Piester is terminated.

4. The pro se staff attorney shall have no further responsibility for this case.

April 22, 2008.                    BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge
                                   Supervising Pro Se Judge