# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERNEST OGUGUA, | ) |
| | ) |
| Plaintiff, | ) |
| | )   8:07CV471 |
| vs. | ) |
| | )   ORDER |
| ARCHDIOCESE OF OMAHA, et al., | ) |
| | ) |
| Defendants. | ) |

Substitute counsel has entered an appearance for the plaintiff. Accordingly,

**IT IS ORDERED** that defendants' request [27] regarding scheduling is granted, in that counsel for the parties are directed to meet and confer pursuant to Fed. R. Civ. P. 26(f) and file their planning report with the court no later than **May 15, 2008.**

**DATED April 22, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**