## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ERNEST OGUGUA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CV471** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **ARCHDIOCESE OF OMAHA, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Upon counsel's representation that the motion is unopposed,

**IT IS ORDERED** that plaintiff's Motion to Amend Complaint [37] is granted. Plaintiff shall file and serve the Second Amended Complaint on or before **June 30, 2008.**

**DATED June 12, 2008.**

> BY THE COURT:
>
> s/ F.A. Gossett
> **United States Magistrate Judge**