IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **ERNEST OGUGUA,** | ) | **CASE NO. 8:07CV471** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **THE ARCHDIOCESE OF OMAHA, ELDEN F. CURTISS, DANIEL KAMPSCHNEIDER, and ST. VINCENT DE PAUL,** | ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Unopposed Motion for Enlargement of Time for Plaintiff to File his Response to Defendants' Motion for Summary Judgment. In his motion, Plaintiff states that his response is due on October 2, 2008, and he requests an extension until October 10, 2008. Accordingly,

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion for Enlargement of Time (Filing No. 57) is granted; and

2. The Plaintiff shall respond to the Defendant's pending Motion for Summary Judgment by filing his brief and index of evidence, if any, on or before October 10, 2008.

DATED this 29th day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge